IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

UNITED STATES of AMERICA                                                    PLAINTIFF

v.                                NO. 3:12-CR-30009

AUSTIN ADOLF ALEXANDER                                                      DEFENDANT

O R D E R

The Defendant was release on Bond (ECF No. 13) on September 18, 2012 under certain terms and conditions. On October 29, 2012 a Petition for Revocation of the Bond (ECF No. 17) was filed for violation of the Defendant's terms and conditions and a Warrant (ECF No. 18) was issued. The Defendant was arrested on October 30, 2012 and entered a Change of Plea (ECF No. 19) to the charge in the Indictment.

The Court scheduled a hearing on the Petition to Revoke Bond for November 21, 2012. The Defendant has entered an admission to the violation of the Terms and Conditions of Bond and Waived a Hearing.

The Court finds that the Defendant has violated his Terms and Conditions of Bond which is hereby Revoked and the Defendant is remanded to the custody of the United States Marshal.

IT IS SO ORDERED this November 21, 2012.

/s/ J. Marschewski
HONORABLE JAMES R. MARSCHEWSKI
Chief United States Magistrate Judge